660 A.2d 50

Anne BYRNE and Jean Nole, Executrices of the Estate
of Ann Alkins, Individually and on behalf of a class
of all those similarly situated, Appellees,

v.

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION
AUTHORITY, Appellant.

Jean PERSON, Administratrix of the Estate of Andrew
Collins, Individually and on behalf of a class of all
those similarly situated, Appellee,

v.

ALLSTATE INSURANCE COMPANY, Appellant.

Albert COOPERSMITH, Individually and on behalf of
a class of all those similarly situated, Appellee,

v.

COLONIAL PENN INSURANCE COMPANY, Appellant.

Lucinda CONYERS, Individually and on behalf of a
class of all those similarly situated, Appellee,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, Appellant.

Clayre ABRAMSON, Individually and on behalf of
a class of all those similarly situated, Appellee,

v.

LIBERTY MUTUAL INSURANCE COMPANY, Appellant.

Andrew COLLINS, Individually and on behalf of a
class of all those similarly situated, Appellee,

v.

ALLSTATE INDEMNITY COMPANY, Appellant.

Supreme Court of Pennsylvania,
Eastern District.

Argued Dec. 5, 1994.

Decided June 26, 1995.

46

Marvin Comisky, Jerome R. Richter, James R. Kahn, for S.E.P.T.A.

Morris M. Shuster, Arlin M. Adams, for Byrne & Nole.

Alan D. Windt, William T. Barker, for Allstate.

James T. Moughan, Mark P. Harbison, for State Farm and Colonial Penn.

William C. Foster, Gerard F. Lipski, for Liberty Mutual, David F. White.

Morris M. Shuster, William D. Marvin, Arlin M. Adams, for Person, et al.

Cynthia L. Alexander, for Dept. of Justice.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

PER CURIAM.

Order affirmed.

Mr. Justice PAPADAKOS did not participate in the decision of this case.

Mr. Justice MONTEMURO is sitting by designation.